UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    -v.-

JULIUS DELGADO,

          Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/20/26

DECLARATION IN SUPPORT
OF FINAL ORDER OF
FORFEITURE

25 Cr. 79 (CM)

Angela Zhu, pursuant to Title 28, United States Code, Section 1746, declares under penalty of perjury as follows:

1.     I am an Assistant United States Attorney in the Office of Jay Clayton, United States Attorney for the Southern District of New York, and attorney for the Government herein. I am responsible for the above-captioned matter, and as such, I am familiar with the facts and circumstances of this proceeding. This declaration is submitted in support of the Government's submission for the entry of a Final Order of Forfeiture in the above-captioned case.

2.     On or about June 5, 2025, the Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (Dkt. 9) with respect to Julius Delgado (the "Defendant") forfeiting to the United States all right, title, and interest of the Defendant in the following specific property:

    a. A Taurus PT709, 9mm pistol, with defaced serial number TRF03253, seized by the Government on or about July 18, 2024, from the Major Deegan Expressway near the overpass at West 225th Street, Bronx, New York;

    b. Six rounds of Perfecta 9mm luger caliber cartridges, seized by the Government on or about July 18, 2024, from the Major Deegan Expressway near the overpass at West 225th Street, Bronx, New York; and

   c. One Taurus magazine, seized by the Government on or about July 18, 2024, from the Major Deegan Expressway near the overpass at West 225th Street, Bronx, New York

(a. through c., collectively, the "Specific Property").

2.     The Notice of Forfeiture and the intent of the Government to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 24, 2024, for thirty (30) consecutive days, through January 22, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions, and proof of such publication was filed with the Clerk of the Court on March 26, 2026 (Dkt. 19).

3.     Since final publication of the Notice of Forfeiture, thirty (30) days have expired, and no petitions or claims to contest the forfeiture of the Specific Property have been filed.

4.     The Defendant is the only person and/or entity known by the Government to have a potential interest in the Specific Property.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

5.      Accordingly, the Government requests that the Court enter the proposed

Final Order of Forfeiture.

6.      No previous application for the relief requested herein has been sought.

Dated: New York, New York
         March 26, 2026


                                        JAY CLAYTON
                                        United States Attorney for the
                                        Southern District of New York


                          By:           _____
                                        Angela Zhu
                                        Assistant United States Attorney
                                        26 Federal Plaza, 37th Floor
                                        New York, New York 10278
                                        (212) 637-1027

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

        -v.-

JULIUS DELGADO,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

    :
    :   **FINAL ORDER OF**
    :   **FORFEITURE**
    :
    :   25 Cr. 79 (CM)
    :
    :
    :

WHEREAS, on or about June 5, 2025, this Court entered a Consent Preliminary Order of Forfeiture as to Specific Property (the "Preliminary Order of Forfeiture") (Dkt. 9), which ordered the forfeiture to the United States of all right, title, and interest of Julius Delgado (the "Defendant") in the following property:

    a. A Taurus PT709, 9mm pistol, with defaced serial number TRF03253, seized by the Government on or about July 18, 2024, from the Major Deegan Expressway near the overpass at West 225th Street, Bronx, New York;

    b. Six rounds of Perfecta 9mm luger caliber cartridges, seized by the Government on or about July 18, 2024, from the Major Deegan Expressway near the overpass at West 225th Street, Bronx, New York; and

    c. One Taurus magazine, seized by the Government on or about July 18, 2024, from the Major Deegan Expressway near the overpass at West 225th Street, Bronx, New York

(a. through c., collectively, the "Specific Property");

WHEREAS, the Preliminary Order of Forfeiture directed the United States to publish, for at least thirty (30) consecutive days, notice of the Preliminary Order of Forfeiture, notice of the United States' intent to dispose of the Specific Property, and the requirement that any person asserting a legal interest in the Specific Property must file a petition with the Court in accordance with the requirements of Title 21, United States Code, Sections 853(n)(2) and (3). Pursuant to Section 853(n), the United States could, to the extent practicable, provide direct written

notice to any person known to have an alleged interest in the Specific Property and as a substitute for published notice as to those persons so notified;

WHEREAS, the provisions of Title 21, United State Code, Section 853(n)(1), Rule 32.2(b)(6) of the Federal Rules of Criminal Procedure, and Rules G(4)(a)(iv)(C) and G(5)(a)(ii) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions, require publication of a notice of forfeiture and of the Government's intent to dispose of the Specific Property before the United States can have clear title to the Specific Property;

WHEREAS, the Notice of Forfeiture and the intent of the United States to dispose of the Specific Property was posted on an official government internet site (www.forfeiture.gov) beginning on December 24, 2025, for thirty (30) consecutive days, through January 22, 2026, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules for Admiralty and Maritime Claims and Asset Forfeiture Actions and proof of such publication was filed with the Clerk of the Court on March 26, 2026 (Dkt. 19);

WHEREAS, thirty (30) days have expired since final publication of the Notice of Forfeiture and no petitions or claims to contest the forfeiture of Specific Property have been filed;

WHEREAS, the Defendant is the only person and/or entity known by the Government to have a potential interest the Specific Property; and

WHEREAS, pursuant to Title 21, United States Code, Section 853(n)(7), the United States shall have clear title to any forfeited property if no petitions for a hearing to contest the forfeiture have been filed within thirty (30) days of final publication of notice of forfeiture as set forth in Title 21, United States Code, Section 853(n)(2);

2

NOW, THEREFORE, IT IS ORDERED, ADJUDGED, AND DECREED THAT:

1.      All right, title and interest in the Specific Property is hereby forfeited and vested in the United States of America, and shall be disposed of according to law.

2.      Pursuant to Title 21, United States Code, Section 853(n)(7) the United States of America shall and is hereby deemed to have clear title to the Specific Property.

3.      The United States Marshals Service (or its designee) shall take possession of the Specific Property and dispose of the same according to law, in accordance with Title 21, United States Code, Section 853(h).

Dated: New York, New York
       March ___, 2026

SO ORDERED:

_____
HONORABLE COLLEEN McMAHON
UNITED STATES DISTRICT JUDGE

3