UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JULIUS DEGLADO,<br><br>Defendant. | 25-CR-79 (CM)<br><br>~~Proposed~~ Order |

For the reasons set forth on the record at the July 17, 2026, hearing in this matter, it is hereby ORDERED that the defendant, JULIUS DELGADO, be released from the custody of the United States Marshals Service, by 9:00 a.m. on July 21, 2026.

IT IS FURTHER ORDERED that, on July 21, 2026, defense counsel will arrange transportation for the defendant, JULIUS DELGADO, to be transported from the Courthouse to INPATIENT SUBSTANCE ABUSE TREATMENT at Russell E. Blaisdell Addiction Treatment Center in Orangeburg, NY ("BLAISDELL"), as ordered by the Court; and

IT IS FURTHER ORDERED that the defendant, JULIUS DELGADO, shall continue to participate in INPATIENT SUBSTANCE ABUSE TREATMENT at BLAISDELL for a period of ninety (90) days, or for such a duration as determined by the Probation Office in collaboration with BLAISDELL.

Dated: July 20, 2026
New York, New York

THE HONORABLE RONNIE ABRAMS
UNITED STATES DISTRICT JUDGE